IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:  3:01cr83/LAC/EMT
             3:16cv330/LAC/EMT

GARRY A. CARR

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Defendant commenced this action by filing a Motion to Vacate, Correct, or Set Aside His Conviction under 28 U.S.C. § 2255 (ECF No. 363). By order of this court dated July 14, 2016, Defendant was given twenty-eight (28) days in which to file an amended § 2255 motion (ECF No. 366). Defendant failed to file an amended motion; therefore, on September 1, 2016, the court issued an order requiring Defendant to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 367). The time for compliance with the show cause order has now elapsed, and Defendant has failed to file an amended § 2255 motion.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Defendant's failure to comply with an order of the court.

**DONE AND ORDERED** this 3rd day of October 2016.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

Case Nos.: 3:01cr83/LAC/EMT; 3:16cv330/LAC/EMT